# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 374 WAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| ROBERT D. GATES, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 375 WAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| ROBERT D. GATES, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA , | : | No. 376 WAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| ROBERT D. GATES, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**



**AND NOW**, this 29th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.